AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUL 11 2018

Clerk of Court

United States of America
v.

Luis Ernesto Castillo Zumaya
YOB: 1976   CITIZENSHIP: Mexico

*Defendant(s)*

Case No. M-18-1410-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 10, 2018 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | -did knowingly and intentionally possess with the intent to distribute approximately 23.18 kilograms of methamphetamine, a Schedule II controlled substance, and approximately 19.18 kg of heroin, a Schedule I controlled substance. |
| 21 U.S.C § 952 | -did knowingly and intentionally import with the intent to distribute approximately 23.18 kilograms of methamphetamine, a Schedule II controlled substance and approximately 19.18 kg of heroin, a Schedule I controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

approved by
JDST

Sworn to before me and signed in my presence.

Date: 7/11/18

City and state: McAllen, Texas

*Complainant's signature*

Janet Dougherty, U.S. HSI Special Agent
*Printed name and title*

*Judge's signature*

U.S. Magistrate Judge J. Scott Hacker
*Printed name and title*

Attachment A

On July 10, 2018, Department of Homeland Security (DHS), Homeland Security Investigations (HSI), McAllen, Texas Office received information from Customs and Border Protection (CBP), Office of Field Operations (OFO), in reference to the seizure of approximately 19.18 kg of heroin and approximately 23.18 kg of methamphetamine, which were found in the cab compartment of a tractor trailer making entry into the United States from Mexico. The driver and sole occupant of the tractor trailer was identified as Luis Ernesto CASTILLO-Zumaya.

CBP Officer M. Rodriguez stated the tractor trailer, driven by CASTILLO-Zumaya, arrived at the primary inspection lane at approximately 4:45 PM. CBP Officer Rodriguez conducted an examination of the cab compartment toolbox area. CBP Officer Rodriguez found two large fire extinguishers inside, which were not pressurized. CBP Officer Rodriguez referred the vehicle to the secondary inspection lanes. Once at the secondary inspection, narcotics were located hidden within a compartment in both fire extinguishers. CBP Officers located two large plastic bottles located within the cab compartment of the tractor containing a liquid, later field testing positive for characteristics of methamphetamine.

HSI McAllen Special Agents and HSI Task Force Officers responded to assist in the investigation. During a post Miranda interview of CASTILLO-Zumaya, CASTILLO-Zumaya stated he works for a tractor trailer company that owns the tractor. CASTILLO-Zumaya stated he completed two deliveries, on July 9, 2018, from Mexico to the United States. On his second trip from Mexico to the United States, CASTILLO-Zumaya stated he remained in the United States and slept overnight in the sleeping compartment in the cab of the tractor with no trailer attached. CASTILLO-Zumaya stated on the morning of July 10, 2018, he drove to a warehouse in the United States and attached a trailer to the tractor before driving to Mexico. CASTILLO-Zumaya stated, at approximately 2 PM, on July 10, 2018, he arrived back at the company warehouse and drove the tractor trailer to the United States whereupon narcotics were located.